UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 09-03284-JAF
CHAPTER 7 CASE

IN RE:

DAVID PETERS
KATHLEEN PETERS

Debtors.

_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This Case is before the Court on the Motion for Relief from Stay filed by, **SUNTRUST MORTGAGE INC.** (Movant),**(Docket #9)** on June 29, 2009. The Motion was served upon all interested parties with the Local Rule 2002-4 negative notice legend informing the parties of their opportunity to object within 15 days of the date of service; no party filed an objection within the time permitted and the Court therefore considers the matter to be unopposed.

IT IS ORDERED:

1. The Motion for Relief from the Automatic Stay is Granted.

2. The Automatic Stay imposed by 11 U.S.C. 362 is lifted as to Movant, and it may proceed with the foreclosure of its lien on the following property:

> **LOT 57, CRYSTAL OAKS, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 13, PAGES 138 THROUGH 140, INCLUSIVE, OF THE PUBLIC RECORDS OF CITRUS COUNTY, FLORIDA.**
>
> A/K/A: 5054 W MAPLELEAF CT, LECANTO, FL 34461

3. This Order is entered for the sole purpose of allowing Movant to obtain an in rem judgment against the property described above. Movant shall not seek an in personam judgment against Debtor(s).

**DATED** this  15  day of July 2009, in Jacksonville, Florida.

_____
Jerry A. Funk
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.

ATTN: CONNIE DELISSER, ESQ.
LAW OFFICE OF MARSHALL C. WATSON, P.A
1800 NW 49 STREET, SUITE 120
FORT LAUDERDALE, FL 33319

VALERIE HALL MANUEL, TRUSTEE
450-106 STATE ROAD 13 N #312
JACKSONVILLE, FL 322593863

DAVID PETERS
5054 W. MAPLELEAF CT
LECANTO, FL 34661

THOMAS W. CARTWRIGHT, ESQ.
108 N. MAGNOLIA AVE, #318
OCALA, FL 34475

KATHLEEN PETERS
5054 W. MAPLELEAF COURT
LECANTO, FL 34461

AUTUMN PETERS
5054 W. MAPLELEAF COURT
LECANTO, FL 34461

U.S. TRUSTEE
UNITED STATES TRUSTEE – JAX7
135 W. CENTRAL BLVD., SUITE 620
ORLANDO, FL 32801